■ ZION RESURRECTION CHURCH, INC., Appellant, v NEERG SECOND CORP., Respondent, et al., Defendant. [748 NYS2d 68]

When a party's failure to comply with disclosure orders is willful, deliberate, and contumacious, it is within the trial court's discretion to dismiss that party's pleading (*see Kihl v Pfeffer,* 94 NY2d 118, 122; *Abouzeid v Cadogan,* 291 AD2d 423; *Lones v Lampeas,* 270 AD2d 317). Here, the plaintiff repeatedly failed to comply with the Supreme Court's directives regarding disclosure. Accordingly, the Supreme Court providently exercised its discretion in dismissing the complaint.

In light of our determination, we need not reach the plaintiff's remaining contentions. Feuerstein, J.P., Smith, Friedmann and Adams, JJ., concur.

■ In the Matter of KEVIN A., a Person Alleged to be a Juvenile Delinquent, Respondent. CORPORATION COUNSEL, Appellant. [747 NYS2d 806]

The petition and supporting affidavit failed to set forth factual allegations that, when viewed in the light most favorable to the Presentment Agency, established each element of the crimes charged (*see* Family Ct Act § 311.1; *Matter of Jahron S.,* 79 NY2d 632). Ritter, J.P., Krausman, McGinity and Luciano, JJ., concur.